Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Irving W. Childs, Appellant, v. Gertrude E. Childs, Respondent. (Appeal No. 1.) — Order of January 10, 1911, directing security for alimony, and in default sequestration, affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Irving W. Childs, Appellant, v. Gertrude E. Childs, Respondent. (Appeal No. 2.) — Order of March 21, 1911, for sequestration and appointment of a receiver, affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.. concurred.

Irving W. Childs, Appellant, v. Gertrude E. Childs, Respondent, Appellant. (Appeal No. 3.) — Order of April 6, 1911, so far as it increases alimony, modified, and alimony continued at $8,400 per year, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Continental Securities Company and Clarence H. Venner, Stockholders in the Interborough Rapid Transit Company, on Behalf of Themselves and All Other Stockholders Similarly Situated, and on Behalf of the Said Interborough Rapid Transit Company, Respondents, v. August Belmont and Others, Appellants, Impleaded with The Interborough Rapid Transit Company and Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Alfred P. Delcambre, Sr., Respondent, v. Marie H. Delcambre and Others, Defendants, Impleaded with The City of Mount Vernon, Appellant.— Interlocutory judgment overruling demurrer to complaint reversed, with costs to the appellant, The City of Mount Vernon, and demurrer sustained, on the ground that the complaint states no facts constituting a cause of action against said city. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Margaret G. Ednie, as Executrix, etc., of May Nash, Deceased, Respondent, v. John D. McHenry, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Robert Ewen, Appellant, v. Thompson-Starrett Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Harold Fanning, Appellant, v. Frederick W. Kaufmann, Respondent. —Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Paul Faustman, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.